Decided May 11, 2011

STATE OF CONNECTICUT *v.* CARL GRANT

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 654 (AC 31318), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Glenn W. Falk,* special public defender, in support of the petition.

*Bruce R. Lockwood*, senior assistant state's attorney, in opposition.

Decided May 19, 2011